BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETRA MONIKA KIMAK** | Case No. CIV-08-2849 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from May 27, 2009, to July 24, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid July 2009.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: May 27, 2009 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: May 27, 2009          Lawrence G. Brown

Acting United States Attorney

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 28, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE