1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETRA MONIKA KIMAK** | Case No.  CIV-08-2849 EFB |
| **Plaintiff,** | ~~[PROPOSED]~~ **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO SUPPLEMENT THE RECORD AND FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that defendant will have 60 days within which to determine whether the agency needs to supplement the certified administrative record, and to serve such supplemental record on the court and Plaintiff or to take other appropriate action. In the event the defendant produces a supplemental certified administrative record, Plaintiff will have 30 days within which to file her motion for summary judgment.

/ / / /

/ / / /

/ / / /

1

Dated: August 6, 2009     */s/Bess M. Brewer*
                           BESS M. BREWER
                           Attorney at Law

                           Attorney for Plaintiff


Dated: August 6, 2009     Lawrence G. Brown

                           Acting United States Attorney

                           /s/ *Shea Lita Bond*
                           SHEA LITA BOND

                           Special Assistant U.S. Attorney
                           Social Security Administration

                           Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  August 17, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2